IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Felicia Aumock, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | C/A No. 0:12-3189-PJG <br><br> **ORDER** |

      This is an appeal from a denial of Social Security benefits filed by a *pro se* litigant. Per consent of Plaintiff, this case was referred to the assigned United States Magistrate Judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73. (See ECF No. 8.)

      By Orders dated December 6, 2012, and April 8, 2013, Plaintiff was instructed to provide the necessary information and paperwork to bring the case into proper form for evaluation and possible service of process. (See ECF Nos. 15, 20.) Plaintiff was warned that failure to provide the necessary information within the timetable set forth in the Order would subject the case to dismissal. The time to bring this case into proper form now has lapsed.

      This case is **dismissed *without prejudice*** pursuant to Rule 41 of the Federal Rules of Civil Procedure. See Link v. Wabash R.R. Co., 370 U.S. 626 (1962).

      **IT IS SO ORDERED**.

                                                                                           */s/ Paige J. Gossett*
                                                          Paige J. Gossett
                                                          UNITED STATES MAGISTRATE JUDGE

May 20, 2013
Columbia, South Carolina

**NOTICE OF RIGHT TO APPEAL**

      The parties are hereby notified of the right to appeal this Order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.